IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| WCI COMMUNITIES INC., | : | |
| Debtor. | : | |
| | | Civil Action No. 13-1397 GMS |
| WCI COMMUNITIES INC., | : | |
| Appellant, | : | AP No. 13-55 |
| v. | : | |
| LESINA AT HAMMOCK BAY CONDOMINIUM ASSOCIATION, INC., | : | |
| Appellee. | : | |
| | : | |

## ORDER

At Wilmington this __13th__ day of November, 2013, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **November 27, 2013.**

_____
CHIEF UNITED STATES DISTRICT JUDGE